**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EL CAMINO HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 18-cv-02103-BLF<br><br>**ORDER DENYING MOTION TO DISMISS; STRIKING COMPLAINT ALLEGATIONS**<br><br>[Re: ECF 14] |

Before the Court is Defendants' motion to dismiss. ECF 14. Defendants argue that Plaintiff fails to plausibly allege the following facts necessary to support its claims: (1) Defendants owed Plaintiff "full, billed charges" for services Plaintiff provided to Defendants' insureds, Mot. at 5–8; (2) Defendants consented to and requested that Plaintiff provide these services, *id.* at 5–8, 13; and (3) Defendants are strangers to Plaintiff's contract with the insureds and engaged in independent wrongdoing with the intent of disrupting the contract, *id.* at 9–12. Defendants are wrong as to each argument. First, Plaintiff seeks only the reasonable value of the services for its first contract claim. *See, e.g.*, Compl. ¶¶ 51, 55. Second, its other contract claims, which do seek full charges, as well as its services rendered claim, are sufficient because Plaintiff plausibly alleges that Defendants consented to and requested that Plaintiff provide post-stabilization services, though not emergency services. *See, e.g., id.* ¶¶ 24, 80, 98. Third, Plaintiff alleges that Defendants are strangers to the contract because they are neither "a party to the contract [n]or an agent of [the insureds]." *Asahi Kasei Pharma Corp. v. Actelion Ltd.*, 222 Cal. App. 4th 945, 964 (2013). And whether sending explanations of benefits can sustain the claim is a factual issue not appropriate for resolution at this stage. Finally, a more definite statement is not required; Defendants can identify the insureds through discovery. The motion to dismiss is DENIED, and the Court STRIKES the allegations as to emergency services for the services rendered claim.

**IT IS SO ORDERED.**

Dated: October 29, 2018

_____
BETH LABSON FREEMAN
United States District Judge